IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RHONDA SCHERTZ, Derivatively on Behalf of CARVANA CO., | § § § | No. 446, 2024 |
| Plaintiff-Below, Appellant, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2023-0600 |
| ERNEST GARCIA II, | § § | |
| Defendant-Below, Appellee, | § § § | |
| and | § § | |
| CARVANA CO., a Delaware Corporation, | § § § § | |
| Nominal Defendant-Below, Appellee. | § § | |

Submitted: April 16, 2025
Decided: May 7, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

**O R D E R**

NOW this 7th day of May 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Telephonic Bench Ruling on Defendants' Motion to Dismiss or Stay Plaintiff's Verified Amended Stockholder Derivative Complaint dated September 25, 2024;

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice